IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL AARON JAYNE,

        Plaintiff,

  v.

EDWIN CALEB, et al.,

        Defendants.

Civil No. 09-6164-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Plaintiff's motion for voluntary dismissal without prejudice (#7) is GRANTED.

    IT IS SO ORDERED.

    DATED this <u>9th</u> day of October, 2009.

                      <u>/s/ Anna J. Brown</u>
                      ANNA J. BROWN
                      United States District Judge

1 - ORDER -